IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01450-WDM-KMT

TIMOTHY W. KUZAVA,

    Plaintiff,

v.

COMMUNITY TELEVISION OF COLORADO, LLC, a Delaware Limited Liability Company,

    Defendant.

## ORDER OF REMAND

Miller, J.

    This case is before me on Plaintiffs' Motion to Remand (Docket No. 10), filed July 20, 2009.  Defendant removed this case to this Court on June 19, 2009 on the basis of diversity jurisdiction.  *See* 28 U.S.C. § 1332.  Plaintiff moved to remand on July 20, 2009 (Docket No. 10) arguing that Defendant's notice of removal did not adequately demonstrate that the citizenship of each member of the defendant limited liability company was diverse from that of Plaintiff.  Defendant has since confessed the motion (Docket No. 14) stating that the process of demonstrating the citizenship of each owner of the defendant limited liability company is too burdensome.  Furthermore, Defendant indicates that the parties have conferred and Plaintiff agreed to waive its request for attorney's fees.  (*See* Docket No. 14 ¶ 4.)

Accordingly, it is ordered:

1.Plaintiffs' Motion to Remand (Docket No. 10), filed July 20, 2009, is granted.

2.This case is remanded to the District Court for the City and County of Denver.

3.Each party shall pay their own costs and attorney's fees.

DATED at Denver, Colorado, on August 11, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge